UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kenneth Grayson
                Plaintiff,
        v.                                    Case No. 15CV38 (AVC)
                                              (To be supplied by the Court)
Walgreens
                Defendant(s).

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

1. Plaintiff resides at the following location: 237 Wells Street, Bridgeport, CT 06606

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 104 Wilmont Avenue, Deerfield, IL 60015

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

   ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

   ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

   My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. List **all** cases you have filed in this court in the last ten (10) years. Use additional sheets if necessary:

_____

_____

_____

_____

_____

_____

5. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): ____

_____.

(B) ☒ Termination of my employment. I was terminated from my employment on the following date: 7/9/13 _____.

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): _____.

2

(D) [X] Other acts as specified below: Lowered performance evaluations based on an act that conflicts with my disability, change in job code and rate of pay while I was out on disability leave

6. The conduct of the Defendant(s) was discriminatory because it was based upon: race [ ] color [ ], religion [ ], sex [ ], age [ ], national origin [ ] or disability [X]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: I have documented injuries with Walgreens such as injured L5 and S1 disks in my back, and severe injuries to my right knee.

7. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

The manager of the store I worked in, Jim Dibenedetto, failed to place me into the system on leave that led to my termination. Per law, I was out on Workman's Compensaton leave for a Walgreens injury and should have remained in the system. When finally placed back, I my job code and rate of pay were changed. Prior to this, I received a lowered performance evaluation based on a task he said I should complete that my disability papers say I cannot do. I told loss and prevention about this and ever since Jim Dibebedetto has used my disability against me.

8. The approximate number of persons who are employed by the Defendant employer I am suing is: over 1,000 .

9. The alleged discrimination occurred on or about the following date(s) or time period: Prior to my disability leave on 2/8/2013 .

10. I filed charges with the:

   ☒ Equal Employment Opportunity Commission

   ☐ Connecticut Commission on Human Rights and Opportunities

11. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: December 4, 2014.

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

12. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: 1. Walgreens clearly terminated me while I was on disability leave (2.) Walgreens didn't contact me to let me know of any resolution of my situation (3.) My performance evaluation was based on a limitation of a disability I had on file with Walgreens (4.) My rate of pay was lowered and changed against my knowledge when I was finally placed back

13. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

14. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

   ☐ Injunctive orders (specify the type of injunctive relief sought): _____ _____

   ☒ Backpay;

4

☐ Reinstatement to my former position;

☒ Monetary damages (specify the type(s) of monetary damages sought): __compesatory and punitive damages (emotional pain and suffering, mental anguish) $300,000__ ;

☒ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): __lifetime employee discounts and health insurance from Walgreens__ ;

AND costs and attorneys' fees.

**JURY DEMAND**

I hereby   DO ☒   DO NOT ☐ demand a trial by jury.

_____         _Kenneth Grayson_____
Original signature of attorney (if any)       Plaintiff's Original Signature

Printed Name and address                          Printed Name and address
                                                  237 Wells Street
                                                  Bridgeport, CT 06606

( )  _____           (203) 260-5758
Attorney's telephone                  Plaintiff's telephone

                                      kgray0930@yahoo.com
Email address if available            Email address if available

Dated: 1/12/15

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Kenneth Grayson<br>237 Wells Street<br>Bridgeport, CT 06606 | From: Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 523-2014-00298 | Edward J. Ostolski, Investigator | (617) 565-3214 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Feng K. An,
Area Office Director

DEC 0 1 2014
(Date Mailed)

Enclosures(s)

cc:
Frank A. Bear
WALGREEN'S MS# 1416
104 Wilmot Road
Deerfield, IL 60015

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at 237 Wells Street, Bridgeport, CT     on 1/12/2015
                        (location)                                        (date)

*Plaintiff's Original Signature*

(Rev. 9/24/08)